IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
LINDA TEARE,                                            : CASE NO.  1:10 CV 01711
                                                        :
                               Plaintiff,               :
                                                        :
               -vs-                                     : <u>ORDER ADOPTING REPORT AND</u>
                                                        : <u>RECOMMENDATION</u>
INDEPENDENCE LOCAL SCHOOL                               :
DISTRICT BOARD OF EDUCATION, et                         :
al.,                                                    :
                                                        :
                               Defendants.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

   This matter, a Motion for Summary Judgment, filed by Defendant Jill Wagner ("Wagner") was referred to United States Magistrate Judge Greg White for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b)(2).  Magistrate Judge White recommends this Court grant in part and deny in part the Motion for Summary Judgment from Ms. Wagner.  (Doc. 31).  Specifically, the R&R advises dismissing Count Two of the Complaint with prejudice against Ms. Wagner and retaining Counts One and Four of the Complaint against the Defendant.

   Plaintiff submitted untimely objections without explanation and without a prior request for an extension.  (Doc. 33).  A failure to file timely objections not only waives the right to *de novo* review, but dispenses with the need for the district court to conduct any review.  See  Bosley v. 21 WFMJ Television, Inc., 245 F. App'x 445, 450 (6th Cir. 2007).  Any further review by this Court would be a duplicative and inefficient use of the

Court's limited resources. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is accepted and adopted.  Ms. Wagner's Motion for Summary Judgment is granted as to Count Two of the Complaint and denied as to Counts One and Four of the Complaint.  Count Two of the Complaint is dismissed with prejudice.  This matter proceeds against Ms. Wagner only as to Counts One and Four.

    IT IS SO ORDERED.

                                              /s/Lesley Wells  
                                          UNITED STATES DISTRICT JUDGE

Date: 30 September 2011