IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
LINDA TEARE,                                              : CASE NO.  1:10 CV 01711
                                                          :
                            Plaintiff,                    :
                                                          :
            -vs-                                          : ORDER ADOPTING REPORT AND
                                                          : RECOMMENDATION
INDEPENDENCE LOCAL SCHOOL                                 :
DISTRICT BOARD OF EDUCATION, et                           :
al.,                                                      :
                                                          :
                            Defendants.                   :
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This matter, a Motion for Judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(c), filed by the Independence Local School District Board of Education (the "School Board") and Superintendent, Daniel Laurenzi ("Laurenzi"), was referred to United States Magistrate Judge Greg White for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b)(2).  Magistrate Judge White recommends this Court grant the Motion for Judgment on the Pleadings as it pertains to the School Board and Mr. Laurenzi.  (Doc. 30).  Specifically, the R&R advises dismissing Counts One, Two, and Three of the Complaint with prejudice against Defendants School Board and Mr. Laurenzi.

      Plaintiff sought an extension to file any objections to the R&R and did not file or seek to file any timely objections prior to the Court's denial of her extension request. Consequently, Magistrate Judge White's R&R is placed before the Court without

objections from any party.  A failure to file timely objections not only waives the right to de novo review, but dispenses with the need for the district court to conduct any review.  See  Bosley v. 21 WFMJ Television, Inc., 245 F. App'x 445, 450 (6th Cir. 2007).  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is accepted and adopted.  The Motion for Judgment on the Pleadings is granted and Counts One, Two, and Three of the Complaint are dismissed with prejudice as to Defendants School Board and Mr. Laurenzi.  Defendants School Board and Mr. Laurenzi are dismissed from this case.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 30 September 2011